The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REC SOFTWARE USA, INC.;<br><br>                      Plaintiff,<br><br>   v.<br><br>BAMBOO SOLUTIONS CORPORATION;<br>MICROSOFT CORPORATION; SAP<br>AMERICA, INC.; SAP, AG;<br><br>                      Defendants. | No. 2:11-cv-00554-JLR<br><br>**STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS**<br><br>**NOTE ON MOTION CALENDAR: APRIL 23, 2012** |

Plaintiff REC Software USA, Inc., and defendant Microsoft Corp., by and through undersigned counsel, hereby stipulate and agree to dismiss certain claims, and corresponding counterclaims, relating to REC Software's claim against Microsoft for infringement of U.S. Patent No. 5,854,936 ('936 Patent).

In the parties' Joint Claim Construction and Prehearing Statement (Dkt. 112), REC Software asserted that Microsoft directly and indirectly infringed claims 1, 2, 3, 4, 5, 6, 8, 9, 10, 13, 15, 17, 18, and 22 of the '936 Patent. REC Software has now narrowed its asserted claims to claims 1 and 8 of the '936 Patent. Accordingly, REC Software hereby stipulates and agrees to dismiss with prejudice all claims, causes of action, assertions or contentions that any and all Microsoft products infringe claims 2, 4, 5, 6, 9, 10, 15, 17, 18 or 22 of the '936 Patent. Microsoft, in turn, hereby stipulates and agrees to dismiss without prejudice all counterclaims of

STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND
COUNTERCLAIMS (2:11-cv-00554-JLR) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1  noninfringement and invalidity relating to claims 2, 4, 5, 6, 9, 10, 15, 17, 18, and 22 of the '936
2  Patent.
3      Pursuant to the foregoing stipulation of the parties, only REC's claims for direct and
4  indirect infringement of claims 1 and 8 of the '936 Patent, and Microsoft's corresponding
5  counterclaims and affirmative defenses, remain pending for adjudication before the Court. As a
6  consequence, the necessity of the Court to rule on certain pending claim constructions is
7  rendered moot, as is Microsoft's pending Motion for Partial Summary Judgment that Claims 9-
8  22 Are Not Entitled to the Parent Application's Filing Date. Specifically, the parties hereby
9  stipulate and agree that claim construction by the Court on the following terms is no longer
10 necessary:

11 - "a response that includes module information associated with said discrete module"
12   (claim 9)
13 - "associator that forms an association based on said response" (claim 9)
14 - "means for searching for said discrete module in a storage area" (claim 10)
15 - "translation means for managing a translation of said discrete module from one form to
16   another" (claim 15)
17 - "means for managing a transfer of said discrete module to said first program" (claim 17)
18 - "comparator means for comparing said request with said module information" (claim 18)

19      In addition, currently pending before the Court is Microsoft's Motion for Partial
20 Summary Judgment That Claims 9-22 Are Not Entitled to the Parent Application's Filing Date
21 (Dkt. 117). Given the above stipulations, the motion is rendered moot, and a ruling by the Court
22 is no longer required.
23      Pursuant to the foregoing stipulations, the parties agree to entry of the proposed Order of
24 Dismissal filed herewith.
25
26

STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND
COUNTERCLAIMS (2:11-cv-00554-JLR) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED this 23rd day of April, 2012.

| BYRNES KELLER CROMWELL LLP | FISH & RICHARDSON P.C. |
|---|---|
| By /s/ Jofrey M. McWilliam<br>    Bradley S. Keller, WSBA # 10665<br>    Jofrey M. McWilliam, WSBA # 28441<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>Telephone: (206) 622-2000<br>Facsimile:  (206) 622-2522<br>bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com<br><br>DOVEL & LUNER LLP<br>Gregory Scott Dovel (*pro hac vice*)<br>Richard E. Lyon (*pro hac vice*)<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, CA  90401<br>Telephone:  (310) 656-7066<br>Fax:  (310) 656-7069<br>Email:  greg@dovellaw.com<br>         rick@dovellaw.com<br>*Attorneys for Plaintiff*<br>*REC Software USA, Inc.* | By: /s/ Benjamin C. Elacqua<br>    Benjamin C. Elacqua (*pro hac vice*)<br>    1 Houston Center<br>    1221 McKinney Street, Suite 2800<br>    Houston, TX  77010<br>    Telephone: (713) 654-5300<br>    Facsimile:  (713) 652-0109<br>    Email:  elacqua@fr.com<br><br>Arthur W. Harrigan, Jr. (WSBA No. 1751)<br>arthurh@dhlt.com<br>Christopher Wion (WSBA No. 33207)<br>chrisw@dhlt.com<br>Shane P. Cramer (WSBA No. 35099)<br>shanec@dhlt.com<br>DANIELSON HARRIGAN LEYH & TOLLEFSON<br>999 Third Avenue, Suite 4400<br>Seattle, Washington 98104<br>Telephone: (206) 623-1700<br>Facsimile: (206) 623-8717<br>*Counsel for Defendants Microsoft Corporation, SAP America, Inc., and SAP AG.* |

STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS (2:11-cv-00554-JLR) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 23rd day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Gregory Scott Dovel<br>Mr. Richard E. Lyon<br>Dovel & Luner LLP<br>Email:   greg@dovellaw.com<br>               rick@dovellaw.com<br>Counsel for Plaintiff REC Software USA, Inc. | Mr. Jeremy W. Dutra<br>Squire, Sanders & Dempsey<br>Email:   jeremydutra@ssd.com<br>Counsel for Defendant Bamboo Solutions |
| Ms. Katherine Kelly Lutton<br>Ms. Kelly Catherine Hunsaker<br>Mr. Scott Penner<br>Fish & Richardson PC<br>Redwood City, CA 94063<br>Email:   lutton@fr.com<br>               hunsaker@fr.com<br>               penner@fr.com<br>Counsel for Defendant Microsoft Corporation | Arthur W. Harrigan<br>Christopher Wion<br>Shane P. Cramer<br>Danielson Harrigan Leyh & Tollefson LLP<br>Email:   aharrigan@dhlt.com<br>               chrisw@dhlt.com<br>               scramer@dhlt.com<br>Counsel for Defendant Microsoft Corporation, SAP America, Inc., and SAP AG |
| Mr. Ruffin B. Cordell<br>Mr. Joshua Pond<br>Fish & Richardson PC<br>Washington, DC  20005<br>Email:   cordell@fr.com<br>               pond@fr.com<br>Counsel for Defendant Microsoft Corporation | Mr. Benjamin Elacqua<br>Mr. Brian G. Strand<br>Fish & Richardson PC<br>Houston, TX 77010<br>Email:   elacqua@fr.com<br>               strand@fr.com<br>Counsel for Defendant Microsoft Corporation |
| Ms. Isabella Fu<br>Microsoft Corporation<br>Email:   Isabella.fu@microsoft.com<br>Counsel for Microsoft Corporation | |

/s/ Jofrey M. McWilliam
Jofrey M. McWilliam, WSBA #28441
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
jmcwilliam@byrneskeller.com

STIPULATED MOTION TO DISMISS CERTAIN CLAIMS AND COUNTERCLAIMS (2:11-cv-00554-JLR) - 4

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000