UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REC SOFTWARE USA, INC., | CASE NO. 11-0554JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BAMBOO SOLUTIONS CORPORATION, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

MINUTE ORDER - 1

Pursuant to the parties' stipulated motion to dismiss certain claims and counterclaims (Dkt. # 150) representing that Defendant Microsoft Corporation's currently pending motion for partial summary judgment is moot, the court STRIKES the motion (Dkt. # 117).

Filed and entered this 24th day of April, 2012.

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER - 2