THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REC SOFTWARE U.S.A., INC.,

           Plaintiff,

vs.

BAMBOO SOLUTIONS CORPORATION; MICROSOFT CORPORATION; SAP AMERICA, INC., and SAP AG,

           Defendants

Case No. 11-0554 JLR

JOINT MOTION TO RE-NOTE PENDING MOTIONS AND ~~(PROPOSED)~~ ORDER

NOTE ON MOTION CALENDAR: AUGUST 8, 2013

## I. JOINT MOTION TO RE-NOTE

Plaintiff REC Software U.S.A., Inc. ("REC") and defendant Microsoft Corporation ("Microsoft") respectfully request leave to re-note the following pending motions:

| Motion | Current Noting Date | Revised Noting Date |
|---|---|---|
| Microsoft's Renewed Motion for Sanctions (D.I. 427) | August 16 | August 30 (REC to file its opposition August 19) |
| REC's Motion for Summary Judgment (D.I. ~~420~~ 4/19) | August 23 | August 30 |
| Microsoft's Motion for Summary Judgment (D.I. 422) | August 23 | August 30 |

The parties request these extensions not for purposes of delay, but due to the fact that both counsel for Microsoft and counsel for REC have been involved in substantial preparation for

JOINT MOTION TO RE-NOTE PENDING
MOTIONS AND (PROPOSED) ORDER - 1

FISH &RICHARDSON P.C.
1221 MCKINNEY ST., SUITE 2800
HOUSTON, TX 77010
TEL: (713) 654-5300 FAX: (713) 652-0109

other, mid-August trials. In addition, because of the complexities of the motions and the importance of the underlying issues, the parties request additional time to analyze the briefs, exhibits and arguments in preparation of filing responses. The parties thus respectfully request an order authorizing the parties to re-note the motions currently pending before the Court as set forth above.

DATED this 8th Day of August, 2013.

FISH & RICHARDSON P.C.

By ___/s/ Brian G. Strand___

Ruffin B. Cordell, *admitted pro hac vice*
cordell@fr.com
1425 K Street N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Kelly C. Hunsaker, *admitted pro hac vice*
Hunsaker@fr.com
Scott Penner, *admitted pro hac vice*
Penner@fr.com
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Benjamin C. Elacqua, *admitted pro hac vice*
elacqua@fr.com
Brian G. Strand, *admitted pro hac vice*
strand@fr.com
One Houston Center, 28th Floor
1221 McKinney
Houston, TX 77010
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Arthur W. Harrigan, Jr., WSBA #1751
arthurh@dhlt.com
Christopher Wion, WSBA #33207
chrisw@dhlt.com
Shane P. Cramer, WSBA #35099
shanec@dhlt.com

JOINT MOTION TO RE-NOTE PENDING
MOTIONS AND (PROPOSED) ORDER - 2

FISH & RICHARDSON P.C.
1221 MCKINNEY ST., SUITE 2800
HOUSTON, TX 77010
TEL: (713) 654-5300 FAX: (713) 652-0109

CALFO HARRIGAN LEYH & EAKES LLP
999 Third Avenue, Suite 4400
Seattle, Washington 98104
Telephone: (206) 623-1700
Facsimile: (206) 623-8717

Isabella Fu, WSBA #37190
isabelfu@microsoft.com
MICROSOFT CORPORATION
1 Microsoft Way
Redmond, WA 98052
Telephone: (425) 882-8080
Facsimile: (425) 869-1327

***Counsel for Defendant Microsoft Corp.***


By: */s/ Richard E. Lyon*

Gregory S. Dovel (*pro hac vice*)
greg@dovellaw.com
Richard E. Lyon (*pro hac vice*)
rick@dovellaw.com
DOVEL & LUNER, LLP
201 Santa Monica Boulevard, Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Brad Keller (WSBA No. 10665)
bkeller@byrneskeller.com
Jofrey McWilliam (WSBA No. 28441)
jmcwilliam@byrneskeller.com
Byrnes Keller Cromwell LLP
1000 Second Avenue
38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522

***Counsel for Plaintiff REC Software USA, Inc.***

JOINT MOTION TO RE-NOTE PENDING
MOTIONS AND (PROPOSED) ORDER - 3

FISH &RICHARDSON P.C.
1221 MCKINNEY ST., SUITE 2800
HOUSTON, TX 77010
TEL.: (713) 654-5300 FAX: (713) 652-0109

## II. ~~(PROPOSED)~~ ORDER

**IT IS SO ORDERED**

DONE IN OPEN COURT this 12th day of August, 2013.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

JOINT MOTION TO RE-NOTE PENDING
MOTIONS AND (PROPOSED) ORDER - 4

FISH & RICHARDSON P.C.
1221 MCKINNEY ST., SUITE 2800
HOUSTON, TX 77010
TEL: (713) 654-5300 FAX: (713) 652-0109

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley S. Keller
Jofrey M. McWilliam
Byrnes Keller Cromwell
1000 Second Avenue, 38th Floor
Seattle, WA 98104-4082
bkeller@byrneskeller.com
jmcwilliam@byrneskiller.com

Gregory Scott Dovel
Richard Elgar Lyon III
Dovel & Luner LLP
20 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
greg@dovellaw.com
rick@dovellaw.com

/s/ Brian G. Strand
Brian G. Strand

JOINT MOTION TO RE-NOTE PENDING
MOTIONS AND (PROPOSED) ORDER - 5

FISH &RICHARDSON P.C.
1221 MCKINNEY ST., SUITE 2800
HOUSTON, TX 77010
TEL: (713) 654-5300 FAX: (713) 652-0109