IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., <br> *Plaintiff*, <br><br> v. <br><br> BAMBOO SOLUTIONS <br> CORPORATION, et al <br> *Defendants*. | CASE NO. 2:11-cv-554-JLR |

## AMENDED REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on July 11, 2012, between Plaintiff REC Software USA, Inc. and Defendant Microsoft Corporation, which ended at an impasse; however, after additional follow up; the Parties have reached a settlement.

Signed this 30th day of September 2013.

/s/ David Folsom
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6004 Summerfield Drive
Texarkana, Texas 75503
Telephone: (903) 255-3250
Facsimile: (903) 255-3265
E-mail: dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 30, 2013, this document was served upon all counsel who are deemed to have consented to electronic service. LCR 5(f).



/s/ David Folsom
David Folsom

11-CV-00554-NTC