The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

REC Software USA, Inc.,

    Plaintiff,

vs.

Bamboo Solutions Corporation; Microsoft Corporation; SAP America, Inc.; and SAP AG,

    Defendants.

CASE NO. C11-554-JLR

STIPULATION AND ~~(PROPOSED)~~ ORDER OF DISMISSAL

NOTED: September 24, 2013

## I. STIPULATION

The parties, by and through undersigned counsel, hereby stipulate and agree that (1) all claims for relief asserted by plaintiff REC Software USA, Inc. against defendant Microsoft Corp. are hereby dismissed with prejudice and (2) all counterclaims for relief asserted by defendant Microsoft Corp. against plaintiff REC Software USA, Inc. are hereby dismissed without prejudice. Each party shall bear its own fees and costs.

Stipulation and (Proposed) Order of Dismissal
Case No. C11-554-JLR - 1

LAW OFFICES
CALFO HARRIGAN LEYH & EAKES LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700  FAX, (206) 623-8717

DATED this 24th day of September, 2013.

| BYRNES KELLER CROMWELL LLP | CALFO HARRIGAN LEYH & EAKES, LLP |
|---|---|
| By /s/ Jofrey M. McWilliam<br>Bradley S. Keller, WSBA #10665<br>Jofrey M. McWilliam, WSBA #28441<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>Telephone: 206-622-2000<br>Facsimile: 206-622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | By /s/ Christopher Wion<br>Arthur W. Harrigan, WSBA #1751<br>Christopher Wion, WSBA #33207<br>Shane P. Cramer, WSBA #35099<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Telephone: 206-623-1700<br>Facsimile: 206-623-8717<br>Email: aharrigan@calfoharrigan.com<br>chrisw@calfoharrigan.com<br>scramer@calfoharrigan.com |
| *Attorneys for Plaintiff*<br>*REC Software USA, Inc.* | *Attorneys for Defendant Microsoft Corp.* |

## II. ORDER

It is so ordered.

DATED this 25 day of September, 2013

_____
The Honorable James L. Robart
UNITED STATES DISTRICT COURT JUDGE

Stipulation and (Proposed) Order of Dismissal
Case No. C11-554-JLR - 2